**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 15-cr-00303-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    THOMAS FORSTER GEHRMANN, JR.,

    and

2.    ERIC WILLIAM CARLSON,

    Defendants.

_____

**ORDER
[Docket 29]**
_____

    This matter comes before the Court on the Government's Motion to Disclose Materials Obtained Through Grand Jury Investigation, pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i).

    HAVING REVIEWED the motion, the Court finds that good and sufficient cause supports the same, and it is therefore ORDERED that the government's motion is granted, and that a transcript of testimony before the grand jury may be disclosed to the defendants, Thomas Forster Gehrmann, Jr. and Eric William Carlson (collectively, "defendants"), and their respective counsel.

    It is further ORDERED that such materials shall only be used in defending this case; that such materials are disclosed only to the defendants and their respective counsel; that the defendants' attorneys shall maintain custody of such materials, and shall not reproduce or disseminate the same; and that such materials shall be returned to the United States or destroyed at the end of the case.

    DATED this 15th day of October, 2015.

_____
JUDGE R. BROOKE JACKSON
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO