The Honorable R. Brooke Jackson
Alfred A. Arraj United States Courthouse
901 19th Street
Denver, CO 80294

Dear Judge Jackson,

My name is Penny Gehrmann. I am Tom's mom and I am writing to you today to ask for mercy in his sentencing.

I understand that you have a very difficult job as a judge. My father, Judge Thomas F. Dalton, wore the black robe like you do, but in a different court years ago in New Jersey Superior Court. Before my dad went to law school at St. John's University, he enlisted in the Navy and served as an officer in World War II on a naval destroyer. He was hit by a Kamikaze in the Pacific, became a paraplegic as a result, spent over a year in a VA hospital and then started on his path towards practicing law.

I tell you this story about my dad, not because I try and understand the shoes you fill as the person who is ultimately responsible with the tough task of sentencing people. I want to explain my dad, because he was Tom's grandpa and was a huge influence on Tom's life – and to let you know that Tom comes from cloth that respects the law and believes in upholding the law. Tom was close with his grandpa, was always enamored with and respected his job as a judge. His grandpa was a big influence on Tom for his entire life. Because Tom knew what his grandpa went through, he always had that perspective with him and would never complain about small things – or big things, even physical pain after he got into his accident in 2013.

Tom is filled with remorse over his negligence. He never would have put his family, friends, or himself through this ordeal if he didn't believe in his heart that all of this was due to negligence. The man I know is honest and generous to a fault. At the time when all of this was going on, he was dealing with many difficult distractions, such as losing a son, dealing with the failure of the Rotelli franchises, running Atlas, working day and night at both jobs, and trying to support his wife and two young daughters.

I flew to Denver from Arizona and sat through the trial. Tom accepts that it was his responsibility to be thorough and submit accurate tax returns, and that he failed. He also recognizes the seriousness of his offenses, and truly regrets them. I've seen the stress he's had to endure these past eight years, and am proud of the way he has handled it. He has remained optimistic and positive, despite having to deal with one of the hardest things – which is being prosecuted by the federal government for years.

He is a devoted husband and father. He has a strong faith and a loving family who support and need him. They would be devastated not to have him home. He has been my rock through the loss of my husband, his father, and my bout with pneumonia. I live alone in Arizona, and when he heard I was in the hospital, he flew out right away to check on me, and care for me. This is the type of son he is. He always does things like that. Tom is my primary care-taker and my designated heath care decision maker.

EXHIBIT

A

In his work, it has always been about helping others. First as a chiropractor, and then, due to injuries, as a financial advisor. Due to his hard work and diligence, he was able to change careers. I'm sure he'll find another way to be of help to others in the future. He's always been generous with his time and money, and even tithes. He's inspired me to try and do likewise. He has lost his job now, and he and his family will have to find a way to go on. I will do everything I can to be there for all of them, as they have for me.

I will end this letter on the same note I started, because I have probably bragged about my son too much, and I don't get to brag about my dad often anymore. My dad went to a little school you may have heard of in South Bend, Indiana, the University of Notre Dame, and played football briefly for a man named Knute Rockne.

Despite the result of the trial - the Gipper would be proud of my son Tom.

I appreciate your taking the time to read and consider this letter.

Respectfully,

Penny Gehrmann