January 30, 2019

The Honorable R. Brooke Jackson

Alfred A. Arraj United States Courthouse

901 19th Street

Denver, CO 80294

Dear Honorable Judge Jackson,

    You have a responsibility to serve our country and its people in a way that few others can, and even fewer truly comprehend the weight of the burden you carry.  It is with this understanding that I write to you, regarding Thomas F. Gehrmann, Jr.'s *(aka: Tom)* sentencing.  I understand the charges that Tom was accused of, and the weight that they carry.  I was in the courtroom on the days leading up to and when Tom was found guilty by the jury, and heard the words spoken by you, the prosecution, the defense, and Tom himself.  To hear this verdict was heartbreaking, but I know it is not for me to decide his fate.

    My name is Kathryn Heassler, and I have been close friends with Tom, his wife Kelly, and their two daughters since 2010.  To say that Tom is a good man is to limit your understanding of who he is, and who I know him to be.  I would not be the person I am today if I hadn't met Tom.

    When I moved to Colorado in the early spring of 2010, at the age of 19, I had no concept of what I wanted to do with the rest of my life, other than it was going to start anew after a difficult childhood.  My aunt and uncle were patients of Tom's at his chiropractic office and had been for many years.  My aunt encouraged me to go in with her to meet Tom through their debilitating back problems, and to see if the office was hiring.  Following an interview, Tom and his partners agreed to hire me for a part-time position, though I had no medical qualifications or true working experience.  There was a position to fill and Tom did this out of kindness for my aunt and uncle.  Tom recognized my ability and drive to look past a job and take on an ownership mentality without even a consideration, caring for the patients and the business, in a way he didn't expect, and challenged me to take on new roles and opportunities as they became available.

    Tom continued to support and encourage me, as I learned and evolved in my job.  Though it was difficult to know that some people didn't understand why I cared so passionately about the opportunity I was given, Tom encouraged me to look past all of that and to continue to rise toward my full potential.  When I went back to visit my parents a few years after moving to Colorado, my family could tell I had changed, with a healthier and happier outlook on life and I still attribute a significant part of that change to Tom's professional mentorship.

    On a personal front, Tom and his family welcomed me into their home and their lives, showing me how much they truly appreciated me, and cared for me in a way my own family never could.  Over the past nine years, Tom went from calling me his employee, to friend, and to finally to (jokingly) "the

sister he never wanted" (read: but couldn't live without).  Kelly even introduces me now to new people in her community as a dear friend/little sister that she and Tom "adopted" into their family years ago. The Gehrmanns have become an integral part of my world in Colorado.  For example, in October of 2018, I was proud to have Tom, Kelly, and their girls stand by my side when I walked through my own development of faith and was baptized.

Based on this relationship, I have observed the type of father Tom is.  He is such a dedicated and loving father to his girls.  He and his family have lived through funny moments and difficult moments, including Tom's car accident and the death of Tom's father.  I have seen parents that practiced their daughters' sports with them, even when they were tired from a long day at work.  Tom and Kelly always make sure that their daughters knew to respect their elders, no matter their age or opinion.  They have given them room to discover their Catholic faith for themselves, instead of making demands and setting expectations, to the point that one of their daughters is now the most devout Catholic in the family.  Tom and Kelly couldn't be prouder.  Family means the world to Tom, and his family is a true gift that he is grateful for every day.

Tom the chiropractor was an inspiration to me and he loved being a chiropractor, even treating patients who couldn't afford to pay him anything, because he knew how greatly they needed the care. His patients loved him, and appreciated everything he did for them, as he encouraged them through great milestones and moments of pain, weakness, or despair.

While you may be aware of the car accident Tom was involved in several years ago, you may not know just how much one moment stole from his life.  The car accident left him with relentless pain and nerve damage throughout his back and neck, and even impacting his hands.  Tom worked diligently to get back to how he was able to work prior to the accident.  Unfortunately, the pain, numbness, and other symptoms continued to persist, so that when the first anniversary of the accident came around, he knew he could not continue in the field he had been called to 20+ years before.  I could see how heartbroken Tom was that he had to give up the profession he held most dear.  Tom accepted the necessary divergence from his calling, and looked toward the future, with a hopeful eye on the possibilities that he could now pursue to provide for his family.

While Tom's passion had been for physically helping others, a fortunate situation arose that would allow him to utilize his gifted mind to help others.  With Tom's departure from chiropractic, he discovered the prospect of a job opportunity in a field unlike anything he had ever known: finance.  The individual who recommended Tom for this position knew of the ongoing IRS investigation, and he and his company still supported hiring him.  Tom spent several months educating himself and training to become a financial advisor with a wealth management firm in Colorado Springs and was motivated to continue to support his family and work in a position where he helped people.

Tom was forward with clients, revealed his dealings with the IRS and this case, even though it was a difficult topic to discuss.  I eventually transitioned over to the same company, and have been working with Tom again, so my observations about his candor and work in finance are personal observations from the past several years.

I have observed how Tom's clients appreciated what he had to say, his candor about the case, his insights into their future, financially and otherwise.  His clients trusted him, valued him, and referred others to work with him. Leading up to Tom's trial in October of 2018, Tom continued to keep his clients informed, and they regularly asked the status of the case.  The clients cared about the status of the

case, not for themselves, but because they cared for Tom. His clients saw him for the good, honest, and moral man that he is, and supported him.

Upon the trial's conclusion, while struggling to accept the verdict, Tom continued to be faithful to his clients and the company, updating them as to his status and continuing to work diligently and compassionately for his clients' financial future. In the end, Tom lost his job which is not only devastating for him, but for his clients and our company.

The experience Tom has walked through over the past near-decade has been a gift for me, to see the strength he has in his faith, his family, his friends, and himself. Tom encouraged me to stand up for myself and discover who I wanted to be. Through these years, I have seen how hard Tom fought for me and countless others, to live the life we deserve, supporting those less fortunate even when he was struggling himself. This case forced Tom to fight for himself (and his family) under great stress, and it has been heartbreaking to witness and be a part of. I cannot describe how the existence of this investigation and case has caused Tom anxiety, sadness and unbelievable stress for over the past seven years – emotionally, financially and psychologically.

I believe Tom Gehrmann to be a good and moral man, though he has been convicted of a serious crime, and that while he is considered a felon now, I will continue to recognize Tom as the great man I know him to be. It is with my words that I beseech you to consider Tom for the man he truly is, as I have described above, and to sentence him with all of that in mind – because it matters.

Sincerely,

Kathryn Heassler