January 27, 2019

The Honorable R. Brooke Jackson
Alfred A. Arraj United States Courthouse
901 19th Street
Denver, CO 80294

Dear Judge Jackson:

I am writing on behalf of my younger brother Tom Gehrmann who is being sentenced.

I respectfully request, and humbly pray that compassion and grace leads you to have mercy on Tom.

In my heart, I believe Tom's essence is kindness and goodness. I have known Tom to have been a healer and protector for those suffering in times of anguish and great need. He has demonstrated this his entire life. There are three examples of his innate qualities that I hope you will consider as testimony of his good character when sentencing for justice.

When Tom was ten years old, there was a stray kitten in our neighborhood that was being taunted and maliciously tortured by teenagers. Tommy empathized with the suffering cat and brought it into our family's home for refuge. He had the courage to stand up against the taunting of the older boys and took action to protect the cat. Tom rehabilitated the injured cat in our home and helped bring it back to life. He fed the kitten warm milk every three hours with an eyedropper and held the kitten to his heart during the night to provide it warmth like a loving mother.  The cat never forgot his compassion and kindness and followed Tom around our home and backyard with affection and gratitude for the rest of its life.

The second significant event that characterizes Tom was when he was 16 years old. Tom befriended a boy with developmental disabilities who was being teased and bullied at our high school. The boy became suicidal as a result of the bullies cruelty and ostracizing. Tom was able to bring compassion, dignity, friendship, and trust to this boy when others chose to alienate him. Tom encouraged him to seek help and treatment, and protected him by reaching out to his parents and guidance counselor at school. It is because of Tom's deep empathy and compassion that this person is alive today. This boy and his parents have never forgotten Tom's kindness that saved his life.

The third pivotal life event that defines Tom's character was four years ago. Tom provided hospice care for our father who was dying of emphysema. Tom was the first to respond to the hospital for our father. Tom navigated the complexities of his illness and courageously advocated for bringing our father home so that he could die with peace and dignity. Tom provided hospice

EXHIBIT C

care in our parent's home for our father. Our mother did not have the emotional or physical strength to do this in her time of grief and loss. Tom was a strong source of protection, care, and healing for our entire family during this profound loss.

Tom is the backbone and strength of our family. Our aging mother relies on him for her emotional and physical health. Tom is our mother's healthcare proxy and she relies on him to make decisions about her life and health.

Please have mercy on Tom, and allow him to still be present for our family.

I appreciate your taking the time to read and consider this letter.

Sincerely,

Heidi Gehrmann Harding