To: The Honorable R. Brooke Jackson                                                January 24, 2019
Alfred A. Arraj United States Courthouse
901 19th Street
Denver, CO 80294


Dear Honorable Judge R. Brooke Jackson:

My name is Carma McConahay, I will start by saying I am sorry for such a long letter, however, after 20 years I could have written a much larger letter, however, knowing how valuable your time is, I have tried to keep it as short as I possibly could and still give you a true look at who Thomas Gehrmann is.

I have been a close friend, and business associate of Thomas Gehrmann for over 20 years, and I believe I know him as well, or better, than anyone. Thomas is and always has been an overly honest and trusting person, with the abilities to be not only a great leader in business but in personal relationships as well. I being older than him it has always surprised me how he taught me how to treat others with honesty and integrity in all aspects of life, and so much more. He always treated not just me but each one of his friends, his business associates with the highest of honesty and respect. He has always shown what I considered an overly amount of trust, and love for all of those he would come into contact with.

These allegations in this case are completely against what I know of Tom, what he believes in and his behavior. The verdict is not consistent with his character and completely opposite of what I have personally observed, from Tom whom I have come to know so well over these past 20 years. He is a good Christian man, and very charitable giver, loving husband, and such an attentive father. He has always been involved in his community, an example of just one part of this is the how he adopted a Christmas program each year, for families to assure those who would have to do without would not have to do without at Christmas. I had the privilege of watching this man get married have children, open a business and give care to so many that had lost hope. When he became a father he became even more loving and honest if that is possible. He always lives as an example, never asking anyone to do something he was not already willing to do and did, he is trusting, giving and loving friend always putting others needs before his own. Throughout these last eight years with what he was going through, he never once changed how he believes and behavior, never throwing his hands up. Always believing fighting for justice was what he needed to do and stayed positive throughout. Unlike many of us who would have, just folded and gave up and become angry and became negative, those attitudes are not within his character.

I would like to share just a bit about Thomas a man who has earned the right to be called by the title of doctor. When I met Dr. Gehrmann in 1999 I had seen over 21 specialists and had come back to Colorado to have my mom help my husband care for me after my accident. I was headed for a wheelchair and the specialist told me there was no more they could do for me. He was a young chiropractor and I did not trust anyone, I was a very angry person due to always being in pain, so he had a lot to deal with those first visits. And he just took my anger and my nasty ways of being with such patients. He never promised me anything other than the best he was able to give. I would tell him I still hurt even after the treatments and his response would be "it took time for the injuries to get this way, it will take time to help them get better!" man that would really make me angry. However, it took less than 2 months for me to see and feel the difference my body was making. In those first 2 months, he not only treated my injuries he treated how I started treating situations differently in a more positive way not so negative.

EXHIBIT D

He earned my respect with how he handled things and how he was straight forward and honest regardless of my backlash.

Another example; of his true character is regardless of how much he cares for someone, doing the right thing is above all things. I made him nervous with the way I talked, I was an angry person after my accident and all the medication I was on, I talked freely about hurting individuals that I felt got in my way and he would tell me to not tell him or he would have to tell the authorities if I did do anything to harm someone else. I do believe regardless of how much we had come to care for each other if I had followed through with any violence he would turn me in for my own good and anyone else's own good. That is who he is, he loves freely and would take whatever avenue it would take to keep anyone safe. No one understands how the pain can cause people to hate everything, he understood, he also knew I was not as mean as I talked, later in years he would tell me that I would say one thing and do another, that I loved people more than I would admit. He is a very wise loving person.

Dr. Gehrmann has always been so good to me as well as being so good for me, I was in so much pain that I was so hateful. Thinking about who and how I was I am still amazed he took me under his wing and protected and taught me the way he did, that still surprises me. He and Kelly invited Jerry (my husband) and I to their wedding which was an eye-opener for me, although I was someone hard to like, let alone love those two invited us as if we mattered and treated us as such as well. I realized at that time that he had come to care for us as much as we had come to care for him. He became a very large part of my life.

He would give care to Jerry my husband, my mother, one of my aunts and her mother at no cost, along with so many others that were in need of care he did this for so many individuals that could not afford to pay for the care. I would tell him he would be out of business if he continued to give care for free, he would simply tell me that the reason he became a chiropractor was for he could truly help people it was not always about the money and he would never let it be.

Jerry has seizures, so he lost his job often, we were always in financial trouble, there were times that Dr. Gehrmann would pay our bills and say it was a gift not a loan and would not take the money back. I was so messed up from my accident that working outside of the home was not something I would ever be able to think about.

Dr. Gehrmann knowing that I had memory issues and limitations still hired my husband's company one which Jerry started with the hopes I could at least help do the work at home. Dr. Gehrmann hired us to do his billing, we had no idea how to do this, so he paid and sent us to seminars, we attended close to 18 seminars the first year to learn all the legality connected with billing, all paid for by Dr. Gehrmann. The reason was to assure that everything done concerning billing would be "above board", this saying was a standing point of Dr. Gehrmann from the beginning, regardless of if I would find that other Chiropractic centers would do something and share it with him, if he did not feel it seemed correct he would simply say NO and that regardless of what others did unless it felt right he wanted nothing to do with it everything would stay above board, he would rather lose money then to do something wrong knowingly or unknowingly. This was frustrating at times, I felt if others did it he could too, however, it always seemed to turn out to be the correct choice on his part, for example, many chiropractors were charging for one code while performing a different procedure, because insurance would pay for one code, not the other Dr. Gehrmann would not even consider this action. He taught me so much about integrity and true honesty.

Through the years Jerry and I have never had to buy furniture for our house, when Dr. Gehrmann and Kelly would change their furniture they would offer us their old set which was better than any furniture we could have afforded, and again he would not listen to my advice to sell it on Craig's list, he just would see if we wanted it and it was never something he would allow us to buy.

There were times that profits for a year were not good, however, those that worked for him would not have known, at Christmas the bonus that Dr. Gehrmann gave in order to let those working for him know how much he valued their work, had become something that could be counted on each year. So those years when the economy did not allow for large profits the bonuses given, many times came straight from Tom and Kelly's personal account. They were not by any means swimming in money, yet they would never let those working for them think they were not appreciated. I would never have been able to afford to ever go on a vacation, not with a husband that had issues keeping a job due to medical issues, yet I and my husband in 2005 spent a weekend in Cancun, wow what a wonderful time we had and memories we will always have, all provided by Dr. Gehrmann, it was at Christmas time and he sent Jerry and I for a bonus.

I wish I could remember how many times in the 20 years that Jerry and I was saved from losing our house by Dr. Gehrmann, out of the blue knowing our situation he and Kelly would be there with just the help we needed, I always said God sent me a guarding angel in the body of Dr. Gehrmann and I truly believe that. We were not the only people that Dr. Gehrmann seemed to be drawn to help over the years there had to be more than two or more dozen people that he would give care too and if the insurance denied the care, he simply would take the loss. He would give a job to someone who really was wet behind the ears and would teach them, and they would be able to go on to make something of their lives.

While billing I would met with patients, there were so many that had such respect and love for him, he had love and respect from most anyone that took the time to get to know him. There are people in this world that talk about having a desire to help others, Tom lives a life of helping others.

Your Honor, I realize you receive many of these such letters for those you are determining their sentencing for, my prayers are by sharing some of the things that I know and have experienced with Tom over the last 20 years, it will show this conviction is so contrary to his behavior, believes and the true nature of Tom as well as, showing how trustworthy and supportive, as well as his good ethics and love that shapes not a small part of his life but the main point of his life. Please take into consideration that his family and friends as well as those in the community would greatly be effected by the lack of his leadership, love and support he freely gives. I have no doubt if he is given the opportunity he will continue to do what is his true nature to do which is be a teacher of the truth, a giver of love and a supporter of all those in need.

God gave me the opportunity to have the privilege to call him my friend, one who is able to teach this old dog new tricks. I have become a better person directly by his example.

I appreciate your taking the time to read and consider what I have shared in this letter.

Sincerely,

Carma McConahay