

# Central Regional School District

509 FOREST HILLS PARKWAY
BAYVILLE, NEW JERSEY 08721-0288
(732) 269-1100
Fax (732) 237-8872
www.centralreg.k12.nj.us

TRIANTAFILLOS PARLAPANIDES, Ed.D.
Superintendent of Schools

KEVIN O'SHEA, CPA
School Business Administrator/ Board Secretary

January 31, 2019

The Honorable R. Brooke Jackson
Alfred A. Arraj United States Courthouse
901 19th Street
Denver, CO 80294

Dear Judge Jackson:

I have been asked to provide a letter of reference for Dr. Tom Gehrmann and am happy to do so without reservation.

As Superintendent of the Central Regional School District, his former college roommate and most importantly his friend, I have known Tom for over 27 years. During that time he has always impressed me with his drive and commitment to excellence in every task he has undertaken. He is a motivator as well as a leader and those around him respond to him quite positively. I am proud of the profound and meaningful contributions he has made both in his community and to everyone he meets.

Tom's moral qualities are above reproach. His personal characteristics such as patience, consideration, emotional stability and good judgment are great assets to his community.

I can say with confidence that Tom is one of the most caring and driven people I have ever met. As an Orientation Counselor at Villanova, he not only helped the students during their freshman year, but supported, encouraged and checked in on his group all four years they attended Villanova. He has done nothing but represent his community, help others and been a model citizen.

I have the privilege of knowing Tom's family which has provided him with love, support and guidance. His family has been the safety net very few people have in their lives.

I am asking today for leniency and that he may be given the second chance he has earned and deserves. He is a loving father, faithful husband and like a brother to me. In my field of education it is important that students learn from their mistakes and have the opportunity to start again. A day does not go by without Tom feeling regret for what has done. He has been remorseful and accepted his responsibility. Please give him a second chance to continue to be a father to his two beautiful daughters, a loving husband and a pillar to his community.

If you have any questions, please contact me at ████████████████████████████████

Sincerely,

Triantafillos Parlapanides, Ed.D.
Superintendent of Schools