RS

Dear Honorable R. Brooke Jackson                                      1/28/19
Alfred A. Arraj United States Courthouse
901 19th Street
Denver, CO 80294

My name Is Dr. Robert S Small, DC.   I have known Dr. Tom Gehrmann for over 25 years. In fact, I was fortunate to not only be his roommate at Villanova University in Pennsylvania, but also his roommate at Life Chiropractic University in Georgia. We also both practiced Chiropractic in the state of Colorado during our professional careers. It is sufficient to say I know Dr. Gehrmann well, and I continue to look to him for both professional and personal guidance. I hope this letter attests to the character of Dr. Gehrmann.

Thomas Gehrmann is a loyal husband and devoted father.  Having been in his wedding party, I know his family well.  He always puts them first, above everything else in life.   He is selfless, honest and caring.  These attributes are evident in his loving marriage and family life. Hs wife and children are the most important part of his life, and I could never imagine seeing him do anything that would put that in jeopardy.

In addition, Tom has always been successful in practice.  What makes him successful is the quality of his patient care.  His patients love him. I believe the rare attributes he possesses of being selfless, honest, and caring are the reasons why he has been so successful.

Furthermore, having spent 8 years as his roommate in both graduate and post graduate universities, I have witnessed a man whom consistently puts others before himself.  Always dedicated to his friends, family, and career.

I do want to reiterate I spent time daily with Dr. Gerhmann.   I'm not just an acquaintance or colleague, but I a dear friend. I do not know the details of this case, however I do know the charged offenses  are serious..  The single most important thing I'd like to mention is this is inconsistent with Toms character, and the manner in which he leads his life.  In the 25 years plus that we have been friends, he has been a pillar in the community, a leader, as well as a humble, honest man, whom I continue to have the utmost respect for.

Thank you for taking the time to read this letter.  In conclusion, Dr.  Gehrmann is a devoted family man, loyal colleague, consummate professional who makes everyone around him a better person.  I hope he is able to continue to help others in his admirable way of living, without interruption.

Sincerely,

Dr. Robert Small, DC

EXHIBIT

F