UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS FORSTER GEHRMANN<br><br>Defendant. | ORDER GRANTING EARLY TERMINATION OF SUPERVISED RELEASE<br><br>Case No. 1:15-cr-00303-RBJ<br><br>Judge R. Brooke Jackson |

This matter came before the Court on the Motion for Early Termination of Supervised Release filed by Defendant.

Based on the Motion and for good cause appearing, the Court hereby GRANTS the Motion and ORDERS that Defendant's three-year supervised release be terminated as of the date of this Order.

DATED this 13th day of October, 2022.

BY THE COURT:

*[signature]*

R. Brooke Jackson
United States District Judge

1